GRIEVANCE ADMINISTRATOR V HILL, No. 113482.

*Order Entered March 16, 1999:*

PROPOSED AMENDMENT OF CANON 7 OF THE MICHIGAN CODE OF JUDICIAL CONDUCT. On order of the Court, notice of the proposed changes and an opportunity for comment at a public hearing having been provided, and consideration having been given to the comments received, the Court is not persuaded to amend Canon 7 of the Michigan Code of Judicial Conduct at this time.

At the public hearing in this matter, it became apparent to the Court that the proposed amendments to Canon 7 suffer from imprecision and constitutional difficulties. Thus, despite the honorable motivations that undoubtedly prompted the creation of the proposed changes to Canon 7, we find the current proposal problematic.

This Court, of course, will entertain any revised proposal that the State Bar suggests alleviates the concerns expressed.